FILED

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| MARCELO MARTINEZ-CEDILLO, AKA Marcelo Martinez, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General, <br><br> Respondent. | No.   14-71742 <br><br> Agency No. A074-112-169 <br><br><br> ORDER |

Before:  THOMAS, Chief Circuit Judge

The motion to dismiss this appeal as moot is **GRANTED**, and the order scheduling oral argument following the grant of rehearing en banc is **VACATED**. The three-judge panel disposition in this case, which was designated as non-precedential on March 13, 2019, is **VACATED.**   The appeal is **DISMISSED**. Each party will bear its own costs.  This order served on the agency shall constitute the mandate of this court.